

**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

> Application denied as unnecessary because Plaintiff's letter has already been publicly filed. *See* Doc. 80. The Court dismisses this action pursuant to Fed. R. Civ. P. 41(a)(2) as Defendant Hewitt--the only remaining Defendant--consents to Plaintiff's request to withdraw his claims. The Clerk is instructed to terminate this action and cancel all conferences.
>
> Dated: New York, NY
> July 6, 2020
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.

Hon. Philip M. Halpern
United States District Judge
U.S. District Court
300 Quarropas Street
White Plains, New York 10601-4150

    Re:   *Brian White v. Westchester County et al.*
            18-cv-730 (PMH)
            **Request to File Letter Under Seal**

Dear Judge Halpern:

    This office represents Law Librarian Hewitt ("Hewitt"), the only remaining Defendant in the above-referenced action. Plaintiff sent a pleading/correspondence directly to the undersigned indicating that he wants to withdraw the action against Hewitt. Hewitt respectfully requests permission under Your Honor's Rule 5 to file Plaintiff's correspondence under seal as it contains medical information. In an abundance of caution, Hewitt has redacted certain medical information related to Plaintiff.

    If this request is granted, an unredacted copy will be forwarded to Your Honor via email. Should Your Honor's staff have any questions, I can be reached at (914) 995-3577. Thank you.

                                         Respectfully submitted,
                                         JOHN M. NONNA
                                         Westchester County Attorney
                                         By: _____
                                            Irma Cosgriff (IC 1320)
                                            Associate County Attorney

IWC/st
Enc.

TO: COUNSEL OF RECORD VIA ECF

VIA REGULAR MAIL
Brian White
115 Krystal Drive
Somers, NY 10589